UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE GOLLIDAY and
PAMELA GOLLIDAY,
        Plaintiffs,

No. 1:10-cv-531

-v-

HONORABLE PAUL L. MALONEY

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as trustee for Long Beach
Mortgage Trust 2006-2,
        Defendant.

## JUDGMENT

Having granted Defendant's motion for summary judgment and having resolved all claims raised in the complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

**THIS ACTION IS TERMINATED.**

Date: January 7, 2011                               /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge